IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number:  06-cv-01529-EWN

PETER APPENZELLER,

    Plaintiff,

v.

MERCK & CO., INC.

    Defendant.

**ORDER GRANTING JOINT MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

This matter is before the Court on the Joint Motion To Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation.  Upon consideration of the motion, the Court finds that it should be GRANTED.  The Court hereby stays all pre-trial proceedings including all deadlines pursuant to the Federal Rules of Civil Procedure and Colo. Stat. Ann. 13-21-111.5 in this action, pending transfer to and pretrial proceedings in MDL No. 1657.

Dated: September 12, 2006                        s/ Edward W. Nottingham
                                                         United States District Judge